[Nos. 61971-3-I; 61972-1-I; Division One. March 1, 2010.]
61973-0-I; 61974-8-I.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EDMOUND JOHNSEN, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 06-1-00838-6, Charles R. Snyder, J., entered June 26, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Grosse and Lau, JJ.

[No. 62222-6-I. Division One. March 1, 2010.]

ROBERT J. CARLSON ET AL., *Appellants*, v. JAMES T. STALEY ET AL., *Defendants*, JOHN J. HOLLINRAKE, JR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-27685-8, Dean Scott Lum, J., entered July 24, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Lau, JJ.

[No. 62290-1-I. Division One. March 1, 2010.]

*In the Matter of the Personal Restraint of* JACQUELINE MARIE FLETCHER, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Lau, J., concurred in by Grosse and Leach, JJ.

[No. 62329-0-I. Division One. March 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY THOMAS NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03047-1, Michael Heavey, J., entered September 15, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.